SUSAN HOLLANDER ET AL. *v.* THE CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE, INC., ET AL.

The motion by the named defendant to dismiss the appeal from the Superior Court in New Haven County is granted.

*J. Read Murphy,* for the appellee (named defendant).

*William F. Gallagher,* for the appellants (plaintiffs).

Argued October 4—decided October 4, 1972

STATE OF CONNECTICUT *v.* CITY OF HARTFORD

The motion by the third party defendant White Oak Corporation to dismiss the appeal of the third party plaintiff state of Connecticut from the Superior Court in Hartford County is denied.

*Robert L. Hirtle,* for the appellee (third party defendant White Oak Corporation).

*Gerard J. Dowling,* assistant attorney general, for the appellant (third party plaintiff state of Connecticut).

Argued October 4—decided October 4, 1972

THOMAS VENEZIA *v.* RICHARD KENNEDY

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County is denied.

*T. Paul Tremont,* for the appellee (defendant).

*Ralph J. Lockwood,* for the appellant (plaintiff).